UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUUL LABS INC, <br>                 Plaintiff, <br>     v. <br> TRB LLC, <br>                 Defendant. | CASE NO. C20-1442 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On February 2, 2021, the Court declared Defendant to be in default. (Dkt. No. 11.) The Court ORDERS the parties file a Joint Status Report or Plaintiff to file a motion for default judgment within 30 days of entry of this Order. Failure to do so will result in dismissal of this action pursuant to Federal Rules of Civil Procedure 41(b).

\\

\\

MINUTE ORDER - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed March 2, 2021.

3

                                              <u>William M. McCool</u>

4                                                Clerk of Court

5                                                <u>s/Paula McNabb</u>
                                               Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2